COURT OF APPEALS












COURT
OF APPEALS

EIGHTH
DISTRICT OF TEXAS

EL PASO, TEXAS

 

ALICIA JIMENEZ and LUIS
JIMENEZ,              )

                                                                              )              
No.  08-05-00318-CV

Appellants,                         )

                                                                              )                    Appeal from the

v.                                                                           )

                                                                              )               
120th District Court

LUCIA MEJIA SORIA,                                        )

                                                                              )           
of El Paso County, Texas

Appellee.                           )

                                                                              )                 
(TC# 2003-5262)

                                                                              )

 

 

O
P I N I O N

 

Pending before the
Court on its own initiative is the dismissal of this appeal for want of
prosecution.  See Tex.R.App.P. 42.3(b).  This Court possesses the authority to dismiss
an appeal for want of prosecution when an appellant in a civil case fails to
timely file its brief and gives no reasonable explanation for such
failure.  See Tex.R.App.P.
38.8(a)(1).








On September 23,
2005, Appellant timely filed a notice of appeal in this cause.  As of this date, no Appellant=s brief nor motion for extension of
time has been filed with the Court.  On
May 18, 2006, this Court=s
clerk sent a letter to the parties indicating the Court=s
intent to dismiss the case for want of prosecution absent a response from any
party within ten days to show grounds for continuing the appeal.  No response has been received as of this
date.  Accordingly, pursuant to Tex.R.App.P. 42.3(b) and (c), we
dismiss the appeal for want of prosecution.

 

 

 

June
22, 2006

DAVID WELLINGTON
CHEW, Justice

 

Before Barajas, C.J., McClure, and Chew, JJ.